EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                              | 2004 TSPR 140    |
| Medidas Judiciales para             |                  |
| Atender emergencias causadas        | 162 DPR _____    |
| por el Huracán Frances              |                  |

Número del Caso: EM-2004-4


Fecha: 31 de agosto de 2004


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Judiciales para
atender emergencias causadas
por el Huracán Frances

EM-2004-4

RESOLUCIÓN

San Juan, Puerto Rico, a 31 de agosto de 2004.

El lunes 30 de agosto de 2004 el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical para Puerto Rico, vigilancia de huracán para Vieques y Culebra y vigilancia de inundaciones para las costas norte, noreste y noroeste de Puerto Rico ante la inminencia del paso del huracán Frances. En vista de la situación climatológica y el riesgo a la vida que pudiera representar este huracán, el Juez Presidente del Tribunal Supremo, Hon. Federico Hernández Denton, concedió el día 31 de agosto de 2004 libre a los empleados de la Rama Judicial con cargo a la licencia por desastre natural y decretó la suspensión de los trabajos en los Tribunales y el cierre de las Secretarías.

Como resultado de lo anterior y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el día 31 de agosto de 2004 como si fuera un día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo